# THE LAW OFFICE OF
# NOOR A. SAAB

| | 380 N. Broadway, Ste 300<br>Jericho, New York 11753 | <u>QUEENS OFFICE</u> |
|---|---|---|
| Noor A. Saab, Esq.*<br>-----------<br>* Admitted in New York | Tel: (718) 740-5060 * Fax: (718) 709-5912<br>Email:  NoorASaabLaw@gmail.com | 148-02 Hillside Ave<br>Jamaica, New York 11435 |

June 14, 2023

**BY ECF**
Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**RE:** **Janelys Hernandez v. Jacks Surf & Sport, LLC - Case No. 1:23-cv-03521-LGS**

To the Honorable Judge Lorna G. Schofield,

  The Plaintiff submits this letter motion respectfully requesting an adjournment of the Initial Pre Trial-Conference currently set for June 21, 2023 pursuant to Your Honor's Order Dkt. No. 5, dated May 2, 2023.  The counsel for the Plaintiff has been recovering from hospitalization in May, currently the parties are discussing the possibility of early resolution. Plaintiff respectfully requests an adjournment of the Initial Pre Trial-Conference so that the Plaintiffs' counsel may have sufficient time to prepare submissions for the Initial Pre Trial-Conference as well as giving the parties time to potentially resolve the case without further use of the Courts time.  Plaintiff reached out to the defendant regarding their consent to this letter motion but there has been no response. In light of the circumstances, Plaintiff respectfully requests an adjournment of the Initial Pre Trial-Conference and the re-set of all case deadlines.  This is the first time this relief is being requested.

The Plaintiff wishes to thank Your Honor and this Court for the time and attention to this matter.

Respectfully,

*/s/ Noor A. Saab, Esq.*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Application GRANTED.  The initial pretrial conference is adjourned to **July 26, 2023, at 4:20 P.M.**

Defendant was served on May 10, 2023, and was required to respond to the Complaint by May 31, 2023.  Defendant has not appeared and has not timely responded to the Complaint.  If Plaintiff is in communication with Defendant (and it sounds like the parties are in settlement discussions), the parties shall file the joint letter and proposed case management plan described in the Order at Dkt. No. 5 no later than **July 19, 2023**.  If Defendant refuses to cooperate in the preparation of these documents, Plaintiff shall prepare and file them.  If Plaintiff is not in communication with Defendants, no later than **July 19, 2023**, Plaintiff shall file a status letter (1) requesting further adjournment of the initial conference for up to 30 days and (2) proposing a date prior to the conference to present an Order to Show Cause for default judgment as to Defendant and related papers as provided in the Court's Individual Rules.

Dated: June 15, 2023
   New York, New York