UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
JANELYS HERNANDEZ,                                            :
                              Plaintiff,                      :
                                                              :     23 Civ. 3521 (LGS)
            -against-                                         :
                                                              :     ORDER
JACKS SURF & SPORT, LLC,                                      :
                              Defendant.                      :
                                                              :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for July 26, 2023;

WHEREAS, the June 15, 2023, Order instructed that if Plaintiff is in communication with Defendant, the parties shall file their joint letter and proposed case management plan by July 19, 2023. If Plaintiff is not in communication with Defendant, then no later than July 19, 2023, Plaintiff was to file a status letter (1) requesting further adjournment of the initial conference for up to 30 days and (2) proposing a date prior to the conference to present an Order to Show Cause for default judgment as to Defendant and related papers as provided in the Court's Individual Rules;

WHEREAS, the parties have not filed their joint materials, and Plaintiff has not requested adjournment of the initial conference or proposed a date to present an Order to Show Cause for default judgment;  It is hereby

**ORDERED** that the initial pretrial conference is adjourned *sine die*.  It is further

**ORDERED** that no later than July 28, 2023, Plaintiff shall present an Order to Show Cause for default judgment as to Defendant, and related papers as required by this Court's Individual Rules. Failure to timely file these materials will result in dismissal of the case for failure to prosecute.

Dated: July 21, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**